Yaw-Jiun (Gene) Wu (# 228240)
  gwu@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
301 N. Lake Avenue, Suite 1100
Pasadena, California 91101-4158
Telephone:  (626) 535-1900
Facsimile:   (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.
("Wells Fargo")

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PIMENTEL, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. a Federally Chartered Bank; NDEX WEST, LLC., a Delaware Limited Company; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO.: 3:17-cv-00075-CAB-BGS<br><br>[Assigned to the Hon. Cathy Ann Bencivengo]<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice]*<br><br>Date:   February 24, 2017<br>Time:  TBD<br>Ctrm:   4C<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on February 24, 2017, in Courtroom 4C of the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, the Honorable Cathy Ann Bencivengo presiding, defendant WELLS FARGO BANK, N.A. ("Wells Fargo") will move for an order dismissing the Complaint for

1  failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil
2  Procedure.  Grounds for the motion are:
3       <u>First Claim for Relief as against Wells Fargo:  Violation of California Civil
4       Code §2923.6</u>
5       Plaintiff fails to state a claim for relief for Violation of California Code
6  §2923.6 because: (i) the claim is preempted by the Home Owners' Loan Act; and,
7  (ii) plaintiff fails to state a "material" violation.
8       <u>Second Claim for Relief as against Wells Fargo:  Violation of California
9       Civil Code §2924.10</u>
10      Plaintiff fails to state a claim for relief for Violation of California Code
11 §2924.10 because: (i) the claim is preempted by the Home Owners' Loan Act; and,
12 (ii) plaintiff fails to state a "material" violation.
13      <u>Third Claim for Relief as against Wells Fargo: Negligence</u>
14      Plaintiff fails to state a claim for relief for negligence because (i) the claim is
15 preempted by the Home Owners' Loan Act; and (ii) Wells Fargo does not owe
16 plaintiff a duty of care.
17      This motion is based on this notice of motion and motion, the attached
18 memorandum of points and authorities, the accompanying request for judicial
19 notice and exhibits thereto, the documents on file in this action, the argument of
20 counsel, and on such other information as the Court may deem appropriate.
21
22                                   Respectfully submitted,
23 Dated:  January 20, 2017       ANGLIN, FLEWELLING, RASMUSSEN,
24                                   CAMPBELL & TRYTTEN LLP
25
26                                   By:    *s/ Yaw-Jiun (Gene) Wu*
27                                       Yaw-Jiun (Gene) Wu
                                      gwu@afrct.com
28                                   Attorneys for Defendant WELLS FARGO
                                  BANK, N.A. ("Wells Fargo")

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**WELLS FARGO'S NOTICE OF MOTION TO DISMISS COMPLAINT**

on the interested parties in said case as follows:

| Served By Means Other than Electronically Via the Court's CM/ECF System | Served Electronically Via the Court's CM/ECF System |
|---|---|
| *Counsel for Plaintiff:*<br><br>Brian T. Stuart, Esq.<br>Brian.stuart@brianstuartlaw.com<br>LAW OFFICE OF<br>BRIAN T. STUART<br>1463 Everton Place<br>Riverside, CA 92507 | *Counsel for Defendant NDeX West, LLC:*<br><br>Edward A. Treder, Esq.<br>edwardt@bdfgroup.com<br>James T. Lee, Esq.<br>jamesl@bdfgroup.com<br>BARRETT DAFFIN FRAPPIER<br>TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765 |
| T: (909) 563-8366 \| F: (951) 376-1389 | T: (626) 915-5714 \| F: (626) 915-0289 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on January 20, 2017.

Lina Velasquez
(Type or Print Name)

(Signature of Declarant)